In the Matter of the Will of MARY C. JOHNSTON, Deceased. WILLIAM E. W. CRAMER, as Administrator C. T. A. of MARY C. JOHNSTON, Deceased, Appellant; HARRIS A. STANFORD, Respondent.

Submitted April 5, 1951; decided April 13, 1951.

*John L. McCormick* and *John F. Gilligan* for appellant.

*John A. Slade* for respondent.

Order affirmed, with costs to both parties payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.